**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Francisco Partaleon NUNEZ,**
**Defendant–Appellant.**

**No. 01–6391.**

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 29, 2001.

Francisco Partaleon Nunez, pro se. John Eric Evenson, II, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Francisco Partaleon Nunez appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (1994). We have reviewed the record and the district court's opinion and can discern no abuse of discretion. Accordingly, we affirm the court's order. *See United States v. Holmes*, 13 F.3d 1217, 1222 (8th Cir.1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.*

---

* We decline to consider for the first time on appeal whether Nunez's assertion that his

conviction and sentence violate the precepts

*AFFIRMED.*

of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).